JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIKTORYIA RAMANCHYK,<br>Petitioner,<br>v.<br>TODD LYONS, *et al.*,<br>Respondents. | Case No. 5:26-cv-03021-ACCV<br><br>**ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is denied and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in Court's July 14, 2026 Order Denying Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

DATED: July 14, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge